STATE OF NEW JERSEY v. WILLIAM W. HANNAH.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. SCOTT GOLDBERG.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. NICOLA CHALET.

October 4, 1984.

Petition for certification denied.

DOW JONES & COMPANY, INC. v. DIRECTOR,
DIVISION OF TAXATION.

October 4, 1984.

Petition for certification denied.   (See 193 *N.J.Super.* 80)